IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| GLENN EDWARD MARTIN, JR, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 7:15-cv-00406 |
| | ) | |
| v. | ) | |
| | ) | By: Elizabeth K. Dillon |
| PARKER, et al, | ) | United States District Judge |
| | ) | |
| Defendant(s). | ) | |

**DISMISSAL ORDER**

Plaintiff, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. Because plaintiff notified the court that he was no longer in custody, plaintiff was no longer subject to the provisions of the Prisoner Litigation Reform Act, which allowed plaintiff to pay the $350.00 filing fee via installments. By Order entered March 17, 2016, the court directed plaintiff to submit within ten days from the date of the Order the assessed filing fee of $350.00 and the applicable $50.00 administrative fee totaling $400.00 or otherwise respond. On March 17, 2016, the order was returned as undeliverable with no forwarding address. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than ten days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

Entered: March 31, 2016.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge